**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARCIA J. MALICAN,** *pro se*,

     **Plaintiff,**

**v.**                                                      **Case No.  8:12-cv-1068-T-30TBM**

**DIOCESE OF VENICE IN FLORIDA,**
**INC.,**

     **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Diocese of Venice in Florida,

Inc.'s Motion to Dismiss or in the Alternative, Motion for More Definite Statement (Dkt. 6).

Plaintiff Marcia J. Malican, who is currently proceeding in this matter *pro se*, requested an

extension until November 30, 2012 to obtain counsel, which this Court granted.  Upon

consideration of Defendant's motion, however, the Court concludes that any response to

Defendant's motion would be futile because Defendant is correct that the current complaint

is deficient under Rule 8 and Rule 10 of the Federal Rules of Civil Procedure.  Specifically,

the complaint improperly commingles Plaintiff's claims for violations of the Age

Discrimination and Employment Act ("ADEA"), the American with Disabilities Act

("ADA"), and for violations of unidentified state statutes.  Each of these claims has its own

legal standards, elements of proof, and remedies.  When a complaint merges multiple claims

together in one count or claim, it is considered an impermissible "shotgun pleading".

Also, Plaintiff does not allege the nature of her disability.  Finally, Plaintiff fails to allege facts that the hostile work environment she experienced and her ultimate termination were related to or based on her age or disability.

In sum, the Court concludes that it would be more efficient for Plaintiff to correct these deficiencies and file an amended complaint once she obtains counsel, especially given her intention to obtain counsel.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant Diocese of Venice in Florida, Inc.'s Motion to Dismiss or in the Alternative, Motion for More Definite Statement (Dkt. 6) is GRANTED without prejudice to Plaintiff to amend her complaint.

2.      As previously ordered, Plaintiff has until November 30, 2012 to obtain counsel.  Plaintiff's amended complaint is due fourteen (14) days from the date that her counsel files a notice of appearance in this case.  Plaintiff's failure to comply with these deadlines may result in the dismissal of her case without further notice.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1068.mtd6.frm