UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARCIA J. MALICAN,**

    **Plaintiff,**

v.                                            Case No. 8:12-cv-1068-T-30TBM

**DIOCESE OF VENICE IN FLORIDA, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Stay Proceedings Pending Settlement Negotiations (Dkt. #11). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion to Stay Proceedings Pending Settlement Negotiations (Dkt. #11) is GRANTED.

2. This Court grants a stay of this proceeding and all deadlines pending the outcome of the settlement negotiations.

3. The parties shall conduct mediation by March 1, 2013.

4. Plaintiff shall file a notice with the Court within ten (10) days of the mediation informing the Court about the mediation's outcome. If the parties reach an impasse at

mediation, Plaintiff shall also file a motion to reopen this case to pending status as well as an amended complaint within ten (10) days of the impasse being declared.

     5.     The Clerk is directed to administratively CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on December 11, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1068.admin close 11.wpd